IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-30884
Conference Calendar

_____

ALCY JOSEPH, Jr.,

Plaintiff-Appellant,

versus

LUIS MUNGZA, et al.,

Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 96-CV-452-J
- - - - - - - - - -
February 24, 1997

Before SMITH, EMILIO M. GARZA, and PARKER, Circuit Judges.

PER CURIAM:[*]

Alcy Joseph, Jr., #207031, moves this court for leave to proceed in forma pauperis on appeal from the dismissal of his civil rights complaint. On January 9, 1997, Chief Judge Politz ordered Joseph to file an affidavit for leave to proceed IFP on appeal pursuant to the Prison Litigation Reform Act of 1995 (PLRA). The order held Joseph's appeal in abeyance for 30 days pending payment of the $105 filing fee or submittal of the required documents pursuant to the PLRA. Joseph timely

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

responded; however, the financial documentation submitted by Joseph does not comply with the requirements imposed by the PLRA because he did not submit a certified statement of his prison trust account. Accordingly, Joseph's motion for leave to proceed IFP on appeal is DENIED, and his appeal is dismissed for want of prosecution. Should Joseph wish to reinstate his appeal, he is instructed to pay the $105 filing fee to the clerk of the district court within 30 days.

MOTION DENIED. APPEAL DISMISSED.